# MEMORANDA OF OPINIONS

FILED IN THE

## FIRST DISTRICT OF THE APPELLATE COURT

—ON—

JULY 6 AND JULY 14, 1908, NOT REPORTED IN FULL

John Gusten, Appellant, v. Chicago, Rock Island &
Pacific Railway Company, Appellee.

## Gen. No. 13,882.

In this case the plaintiff, a car cleaner, employed by
the defendant company, was injured in the yards of
such company. In the course of the opinion, it was,
among other things, said:

"Dangerous and undesirable as a railroad yard at
the best may be as a place to work in, it cannot be said
that it is negligence *per se* to maintain a track in such
a busy yard, in the center of population, where space
is valuable, but three feet and a half from the side
of the hot house, from which there were methods of
egress at the ends as well as through the side doors."

It was also said in the opinion in this case:

"We do not mean to say that the railroad company
had an uncontrolled right to run at any speed or under
any conditions by this house. We think it was under
the obligation to use reasonable care in the rate of
speed," etc.

Action in case for personal injuries. Appeal from the Superior
Court of Cook county; the Hon. THEODORE BRENTANO, Judge, presiding. Heard in this court at the October term, 1907. Reversed and
remanded. Opinion filed July 6, 1908.

GILBERT & GILBERT and A. N. WATERMAN, for appellant.

M. L. BELL and B. S. CABLE, for appellee.

MR. JUSTICE BROWN delivered the opinion of the
court.